1   WILLIAM C. LAST, JR. (State Bar No. 083588)
    LAST & FAORO
2   520 S. El Camino Real, Suite 430
    San Mateo, CA  94402-1754
3   Telephone:  (650) 696-8350
    Facsimile:   (650) 696-8365
4   Emails:       wclast@lastlawfirm.com

5   Attorneys for Plaintiff
    HELGE THEISS-NYLAND

6
    CYNTHIA L. MELLEMA (State Bar No. 122798)
7   JEFFRY BUTLER (State Bar No. 180936)
    CYNTHIA LIU (State Bar No. 263270)
8   SNR DENTON US LLP
    2121 N. California Blvd., Suite 800
9   Walnut Creek, California  94596
    Telephone:  (925) 949-2600
10  Facsimile:   (925) 949-2610
    Emails:       cynthia.mellema@snrdenton.com
11                jeffry.butler@snrdenton.com
                  cynthia.liu@snrdenton.com
12
    Attorneys for Defendant
13  ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HELGE THEISS-NYLAND,<br><br>   Plaintiff,<br><br>   vs.<br><br>ALLSTATE INSURANCE COMPANY and DOES 1 through 20, inclusive,<br><br>   Defendants. | No. C 10-05075 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE EARLY NEUTRAL EVALUATION COMPLETION DEADLINE** |

Plaintiff Helge Theiss-Nyland and defendant Allstate Insurance Company, through their respective counsel, enter into this stipulation based on the following facts:

A. Pursuant to the Court's February 10, 2011 scheduling order, the parties agreed to participate in early neutral evaluation ("ENE") by May 11, 2011.

B. An ENE session is currently scheduled for May 4, 2011.

C. The primary issue in this case is the cause of the damage to the marine engine of plaintiff's 42-foot Grand Banks Classic boat. Accordingly, at this time the dispute is predominantly a factual, rather than, a legal dispute and dependent on consultants with technical expertise.

D. Counsel has been working diligently to retain a suitable consultant and is currently finalizing a retention agreement.

E. Due to counsel's and the consultant's schedules and potential metallurgy testing, a physical inspection and testing cannot be completed prior to the current May 11, 2011 deadline.

F. The parties agree that a physical inspection of the engine and any destructive testing should occur prior to the ENE session.

Based on these facts, the parties stipulate to extend the ENE completion date and respectfully request that the Court extend the deadline for the parties to complete the ENE to July 31, 2011.

FILER'S ATTESTATION:

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

signatories.

Dated: April 20, 2011                By      /s/ CYNTHIA LIU
                                                  CYNTHIA LIU


Respectfully Submitted,

Dated: April 20, 2011                LAST & FAORO


By      /s/ WILLIAM C. LAST, JR.
              WILLIAM C. LAST, JR.

Attorney for Plaintiff
HELGE THEISS-NYLAND


Dated: April 20, 2011                SNR DENTON US LLP


By      /s/ CYNTHIA MELLEMA
              CYNTHIA MELLEMA

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY


IT IS SO ORDERED. *

Dated: April 21, 2011.

_____
Honorable William Alsup
U.S. District Court Judge


**\* No more extensions will be granted for this deadline.**

-3-

Case No. C 10-05075 WHA                STIPULATION TO EXTEND ENE DEADLINE